1074

[No. 39265-4-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LEE VAARA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07453-9, Joan DuBuque, J., entered
August 12, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39539-4-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v.
CATHERINE M. MUCK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-03838-1, Donald D. Haley, J., entered
September 20, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39619-6-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
SPRUEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05516-1, Jim Bates, J., entered October
14, 1996. *Dismissed* by unpublished per curiam opinion.

[Nos. 39767-2-I; 39768-1-I;   Division One.    January 12, 1998.]
    39769-9-I.

THE STATE OF WASHINGTON, *Respondent*, v. LEE
ARTHUR HARPER, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 96-1-04597-3, Joan DuBuque, J., entered
November 4, 1996. *Dismissed* by unpublished per curiam
opinion.